**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| OPTIMNET LLC, | |
| *Plaintiff,* | Case No. 7:25-CV-00532-ADA |
| v. | **Jury Trial Demanded** |
| AMAZON.COM SERVICES LLC and AMAZON WEB SERVICES, INC., | |
| *Defendants*. | |

**PLAINTIFF OPTIMNET LLC'S**
**ANSWER TO AMAZON'S COUNTERCLAIMS**

Plaintiff OptimNet LLC ("OptimNet") hereby answers Defendants' Amazon.com Services LLC and Amazon Web Services, Inc. (collectively, "Amazon" or "Defendants"), counterclaims as follows:

**THE PARTIES**

1.      Admitted.

2.      Admitted.

3.      Admitted.

**JURISDICTION AND VENUE**

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Denied that a different venue may be more convenient to hear the dispute. Otherwise, admitted.

1

8.      Admitted.

## NATURE

9.      OptimNet incorporates its responses to paragraphs 1 – 8 above.

10.     Admitted.

11.     Admitted.

12.     Admitted that OptimNet is the exclusive licensee of the Asserted Patents with all substantial rights in the Asserted Patents including, without limitation, the exclusive right to sublicense, sue for infringement, and collect all past, present, and future damages.

13.     Admitted that OptimNet has accused Amazon of infringement of the Asserted Patents.  Otherwise, denied.

14.     Admitted.

15.     Admitted that the '864 patent was issued on September 24, 2013.  Otherwise, denied.

16.     Admitted that the '846 patent was issued on July 22, 2014.  Otherwise, denied.

17.     Admitted that the '565 patent was issued on August 11, 2015.  Otherwise, denied.

18.     Admitted that the '934 patent was issued on August 18, 2015.  Otherwise, denied.

19.     Admitted.

## COUNT 1
### (Declaratory Judgment of Invalidity of the '864 Patent)

20.     OptimNet incorporates by reference the preceding paragraphs and its prior allegations in its Complaint, as though fully set forth herein.

21.     Denied.

22.     Denied.

## COUNT 2
### (Declaratory Judgment of Invalidity of the '846 Patent)

23.    OptimNet incorporates by reference the preceding paragraphs and its prior allegations in its Complaint, as though fully set forth herein.

24.    Denied.

25.    Denied.

## COUNT 3
### (Declaratory Judgment of Invalidity of the '565 Patent)

26.    OptimNet incorporates by reference the preceding paragraphs and its prior allegations in its Complaint, as though fully set forth herein.

27.    Denied.

28.    Denied.

## COUNT 4
### (Declaratory Judgment of Invalidity of the '934 Patent)

29.    OptimNet incorporates by reference the preceding paragraphs and its prior allegations in its Complaint, as though fully set forth herein.

30.    Denied.

31.    Denied.

## COUNT 5
### (Declaratory Judgment of Non-Infringement of the '864 Patent)

32.    OptimNet incorporates by reference the preceding paragraphs and its prior allegations in its Complaint, as though fully set forth herein.

33.    Admitted.

34.    Denied.

35.    Denied.

3

36.    Denied.

37.    Denied.

38.    Admitted.

39.    Denied.

40.    Denied.

## COUNT 6
### (Declaratory Judgment of Non-Infringement of the '846 Patent)

41.    OptimNet incorporates by reference the preceding paragraphs and its prior allegations in its Complaint, as though fully set forth herein.

42.    Admitted.

43.    Denied.

44.    Denied.

45.    Denied.

46.    Denied.

47.    Admitted.

48.    Denied.

49.    Denied.

## COUNT 7
### (Declaratory Judgment of Non-Infringement of the '565 Patent)

50.    OptimNet incorporates by reference the preceding paragraphs and its prior allegations in its Complaint, as though fully set forth herein.

51.    Admitted.

52.    Denied.

53.    Denied.

54.     Denied.

55.     Admitted.

56.     Denied.

57.     Denied.

## COUNT 8
### (Declaratory Judgment of Non-Infringement of the '934 Patent)

58.     OptimNet incorporates by reference the preceding paragraphs and its prior allegations in its Complaint, as though fully set forth herein.

59.     Admitted.

60.     Denied.

61.     Denied.

62.     Denied.

63.     Denied.

64.     Admitted.

65.     Denied.

66.     Denied.

## PRAYER FOR RELIEF

In response to Defendants' prayer for relief, OptimNet denies that Defendants are entitled to any relief, including any of the relief requested in paragraphs (a) through (h) of Defendants' prayer for relief. Further, OptimNet requests the following relief:

A.      A judgment in favor of OptimNet that Defendants have infringed the Asserted Patents, and that the Asserted Patents are valid and enforceable;

B.      A judgment and order requiring Defendants to pay OptimNet past and future damages arising out of Defendants' infringement of the Asserted Patents in an amount no less than

a reasonable royalty, costs, expenses, and pre- and post-judgment interest, as provided under 35 U.S.C. § 284;

C.    A judgment and order requiring Defendants to provide an accounting and to pay supplemental damages to OptimNet, including, without limitation, pre-judgment and post-judgment interest;

D.    A judgment that Defendants' infringement is willful and enhanced damages and fees as a result of that willfulness under 35 U.S.C. § 284;

E.    A finding that this case is exceptional under 35 U.S.C. § 285, and an award of OptimNet's reasonable attorney's fees and costs; and

F.    Any and all other relief to which OptimNet may be entitled.

## JURY DEMAND

OptimNet, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated:  April 14, 2026                    Respectfully submitted,

*/s/ Dale Chang*
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
Bradley Hyde
CA State Bar No. 301145
Email: bhyde@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
OptimNet LLC**

6

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on April 14, 2026 via the Court's CM/ECF system.

/s/ Dale Chang
Dale Chang