**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| OPTIMNET LLC,<br><br>          *Plaintiff,*<br><br>      v.<br><br>AMAZON.COM SERVICES LLC and<br>AMAZON WEB SERVICES, INC.<br>          *Defendants*. | Case No.  7:25-cv-00532<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO TRANSFER**

Plaintiff OptimNet LLC ("OptimNet") and Defendants Amazon.com Services LLC and Amazon Web Services, Inc. (collectively, "Amazon") jointly move to transfer this action to the United States District Court for the Western District of Washington ("WDWA"). Granting of this Joint Motion will moot Amazon's previously filed motion to transfer (Dkt. 29) and Amazon's related motion to stay this action pending resolution of that motion to transfer (Dkt. 35).

On April 7, 2026, Amazon moved to transfer this action to WDWA. Dkt. 29. While OptimNet does not concede the merits of Amazon's motion, the parties agree to transfer of this action to WDWA, subject to the following agreed conditions:

1. On June 23, 2026, Amazon will serve its invalidity contentions, in the form set forth in the Scheduling Order entered in this action (Dkt. 41).

2. The remaining deadlines set forth in the Scheduling Order (Dkt. 41) are vacated and will be replaced following transfer, with the parties agreeing to promptly renegotiate an agreed proposed schedule to submit to the WDWA court.

-1-

3. The new proposed schedule following transfer shall modify the following deadlines set forth in the WDWA model schedule:

    a. Joint Claim Construction and Prehearing Statement and Expert Reports – 38 days after Exchange of Proposed Constructions (reduced from 45 days in the model schedule); and

    b. Close of Claim Construction Discovery – 43 days after filing of Joint Claim Construction and Prehearing Statement (reduced from 50 days in the model schedule).

Accordingly, the parties respectfully request that the Court grant this Joint Motion and transfer this action to the Western District of Washington. In light of the parties' agreement regarding transfer, Amazon's pending Motion to Transfer Venue (Dkt. 29) and Motion to Stay Pending Resolution of the Transfer Motion (Dkt. 35) are now moot. The parties respectfully request that, in addition to granting this Joint Motion, the Court terminate the motions at Dkt. 29 and Dkt. 35 as moot.

Dated:  June 1, 2026

Respectfully submitted,

/s/ Kristopher Davis
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis,
CA State Bar No. 329627
Email: kdavis@raklaw.com
Bradley Hyde
CA State Bar No. 301145
Email: bhyde@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

/s/ Jennifer Klein Ayers
Jennifer Klein Ayers
Texas State Bar No. 24069322
jayers@sheppard.com
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401

Stephen Korniczky (*pro hac vice*)
California State Bar No. 135532
skorniczky@sheppard.com
Martin Bader (*pro hac vice*)
California State Bar No. 222865

-3-

**ATTORNEYS FOR PLAINTIFF**
**OptimNet LLC**

mbader@sheppard.com
James Young Hurt
*California State Bar No. 312390*
jhurt@sheppard.com
Michael James Hopkins
*California State Bar No. 326621*
mhopkins@sheppard.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone 858.720.8900
Facsimile 858.509.3691
**SHEPPARD, MULLIN, RICHTER &**
**HAMPTON, LLP**

*Attorneys for Defendants Amazon.com*
*Services LLC and Amazon Web Services,*
*Inc*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 1, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Kristopher Davis*
Kristopher Davis

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred, and the filing is joint.

*/s/ Kristopher Davis*
Kristopher Davis